**JS-6**

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JANET T. SULLIVAN; JANET T.                   Case No. 2:21-cv-00645-CAS-GJSx
    SULLIVAN, AS TRUSTEE OF THE
    TEUTON IRREVOCABLE TRUST              **ORDER OF DISMISSAL WITH**
12  DATED JUNE 21, 2002,                  **PREJUDICE**

13              Plaintiffs,               Judge:  The Hon. Christina A. Snyder
                                          Complaint Filed:  Jan. 23, 2021
14        v.

15  TRANSAMERICA LIFE
    INSURANCE COMPANY,
16
                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1   Based on the Parties' Stipulation for Dismissal with Prejudice,

2   IT IS HEREBY ORDERED THAT the entire action is dismissed with

3 prejudice, with each Party to bear its own attorney's fees and costs.

4   **IT IS SO ORDERED.**

5

6 Dated:  July 14, 2022

7          The Hon. Christina A. Snyder
           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28